UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/10
```

PERKINS EASTMAN ARCHITECTS, P.C.,

                Plaintiff,

-v-

THOR ENGINEERS, P.A.,

                Defendant.

No. 09 Civ. 7911 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The status conference scheduled for July 19, 2010, at 9:30 a.m., is adjourned to July 23, 2010, at 9:30 a.m.

SO ORDERED.

DATED:    July 6, 2010
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE